**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Enrico HAWKINS, Defendant–Appellant.**

No. 06–40762
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

David Haskell Henderson, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender, appointed counsel for Enrico Hawkins, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hawkins has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Government's motion to dismiss the appeal is DENIED as moot.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

